1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RASHEED HILSON, SR., | Case No.  1:15-cv-01240-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND SCREENING OF COMPLAINT (ECF No. 13)** |
| v. | |
| JESSE ARNETT, et al., | |
| Defendants. | **ORDER DENYING MOTION FOR EXTENSION OF TIME (ECF No. 14)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On October 14, 2015, the Court screened Plaintiff's complaint and found that it stated Eighth Amendment claims against Defendants Arnett, Gamboa, Potzernitz, Flores, and Marsh, but no other claims. (ECF No. 8.) Plaintiff was ordered to file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claims. Plaintiff filed a first amended complaint on December 10, 2015. (ECF No. 11.) Screening of that complaint presently is pending.

Before the Court are Plaintiff's May 5, 2016 motions. The first is entitled, "Notice of Motion Regarding the Completion of Exhausting any all [sic] Administrative Remedies

at CDCR; & Request that this Court Immediately Respond to Plaintiff's First Amended Complaint to Afford Plaintiff his Right to Due Process." (ECF No. 13.) The second seeks an extension of time to file a first amended complaint. (ECF No. 14.)

In his first motion, Plaintiff states that he has exhausted his administrative remedies and therefore asks that the Court "answer" his complaint. The Court is required to screen Plaintiff's amended complaint before it may be served on any Defendants and before any Defendants may be called to answer. 28 U.S.C. § 1915A(a). This requirement is mandatory. However, the Fresno Division of the United States District Court for the Eastern District of California carries one of the busiest dockets in the country. The Court is faced with cases similar to Plaintiff's almost daily. There is a backlog of cases and resulting delay in screenings complaints. The Court will screen Plaintiff's first amended complaint in due course. Plaintiff's apparent request for an immediate or expedited screening will be denied.

In his second motion, Plaintiff seeks an extension of time to file his first amended complaint. However, Plaintiff already has timely filed a first amended complaint. Accordingly, this request is moot and will be denied.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion regarding exhaustion of administrative remedies and screening of his first amended complaint (ECF No.13) is DENIED; and

2. Plaintiff's motion for extension of time (ECF No. 14) is DENIED as moot.

IT IS SO ORDERED.

Dated:   May 9, 2016                        /s/ _Michael J. Seng_

UNITED STATES MAGISTRATE JUDGE

2