UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON, SR., | Case No. 1:15-cv-01240-DAD-JDP (PC) |
| Plaintiff, | ORDER DIRECTING RESPONSES TO PLAINTIFF'S DISCOVERY MOTIONS |
| vs. | (ECF Nos. 61, 62, 65) |
| JESSE ARNETT, *et al.*, | |
| Defendants. | |

Rasheed Hilson, Sr. ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2018, the Court granted a request to extend the discovery deadline by ninety days. (ECF No. 63.) Since that time, Plaintiff has filed three discovery-related motions. (ECF Nos. 61, 62, 65.) Defendants have yet to file a response to these motions.

Accordingly, the Court orders that Defendants file a response to the pending motions (ECF Nos. 61, 62, 65) within 21 days of this order. After review of the responses, the Court will set a discovery dispute conference, if appropriate.

IT IS SO ORDERED.

Dated:   May 18, 2018                          /s/ *Jeremy D. Peterson*
                                        UNITED STATES MAGISTRATE JUDGE