# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE ARNETT, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01240-DAD-JDP<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>RASHEED HILSON, SR., CDCR # G-37110<br><br>DATE: July 16, 2018<br>TIME:  8:30 a.m.<br>LOCATION: California State Prison, Corcoran |

  **Inmate Rasheed Hilson, Sr.**, **CDCR # G-37110**, a necessary and material witness on his own behalf in proceedings in a settlement conference on July 16, 2018, is confined at California State Prison, Los Angeles County (LAC), in the custody of the Warden. To secure this inmate's attendance at the settlement conference, it is necessary that a Writ of Habeas Corpus *ad Testificandum* issue commanding the custodian to produce the inmate at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on July 16, 2018, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus *ad Testificandum* issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court.

  2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, LAC, P. O. Box 8457, Lancaster, CA 93539:**

  **WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court.

  **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: May 18, 2018 /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE

