1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                    **EASTERN DISTRICT OF CALIFORNIA**
7

| RASHEED HILSON, SR., | Case No.: 1:15-cv-01240-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER FOLLOWING SETTLEMENT, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| ARNETT, et al., | |
| Defendants. | |

         Plaintiff Rasheed Hilson, Sr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 16, 2018, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record. Accordingly, it is HEREBY ORDERED that:

         1.       All pending matters and dates in this action are VACATED; and

         2.       Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.


IT IS SO ORDERED.

Dated:   __**July 17, 2018**__                     _____
                                                  UNITED STATES MAGISTRATE JUDGE