UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON, SR., <br><br> Plaintiff, <br><br> vs. <br><br> JESSE ARNETT, *et al.*, <br><br> Defendants. | Case No. 1:15-cv-01240-DAD-JDP <br><br> ORDER DIRECTING CLERK TO NOTIFY COURT OF APPEALS OF SETTLEMENT |

    Rasheed Hilson, Sr. is a state prisoner proceeding without an attorney in this civil rights action under 42 U.S.C. § 1983. On June 1, 2018, an order setting a settlement conference for July 16, 2018, at California State Prison, Corcoran ("CSP-COR") was entered (Doc. No. 67) along with a corresponding transportation order directing the transport Hilson to CSP-COR (Doc. No. 68). On July 16, 2018, Hilson filed a notice of appeal objecting to the transportation order to CSP-COR. (Doc No. 73.) The appeal was processed and docketed with a case number (18-16330) in the U.S. Court of Appeals for the Ninth Circuit. (Doc. Nos. 74, 78.) The case settled at the settlement conference, and the parties filed a stipulation for voluntary dismissal with prejudice the following day. (Doc. Nos. 75, 76.)

    The clerk of the court is directed to notify the U.S. Court of Appeals for the Ninth Circuit that this case has settled.

IT IS SO ORDERED.

Dated:   August 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE